IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW CHIEN,  )  | |
|     Plaintiff,  ) | |
| ) | |
| ) | CIVIL ACTION NO. |
| v.  ) | 1:18-cv-02050-CKK |
| ) | |
| RICHARD J. FREER, ET AL.,  ) | |
|     Defendants.  ) | |

**[PROPOSED] ORDER GRANTING DEFENDANTS'
MOTION FOR SANCTIONS AND FOR STAY OF PROCEEDINGS**

Having considered the circumstances of this case, Defendants' Motion for Sanctions and for Stay of Proceedings, any opposition thereto, it is hereby

ORDERED that the Motion for Sanctions and for Stay of Proceedings filed by Defendants is GRANTED; and it is further

ORDERED that the present action is DISMISSED WITH PREJUDICE; and it is further

ORDERED that the following pre-filing injunction is hereby imposed on Andrew Chien and shall remain in effect unless and until it is modified by the Court:

(1) Andrew Chien is not permitted to file any additional pleadings, motions, requests or other documents in the above-captioned action unless he first receives leave of court to do so. Therefore, the Clerk's Office is directed not to file or docket further submissions received from Mr. Chien in this action unless or until it receives an appropriate order from this Court;

(2) Andrew Chien is prohibited from commencing a new lawsuit in the United States District Court for the District of Columbia against the following parties without leave of Court: (a) Richard J. Freer; and (b) LeClairRyan, P.C. or any attorneys currently or formerly employed thereby, including, but not limited to, Andrew K. Clark, Everette G. Allen Jr. (deceased), James

R. Byrne, Christian K. Vogel, Michael G. Caldwell, Joseph M. Rainsbury, Joaquin L. Madry and Ilan Markus; and

(3) If Andrew Chien seeks leave to file a new lawsuit against any such parties, he is required to file the following along with his Summons and Complaint: (a) a motion captioned "Motion Pursuant to Court Order Seeking Leave to File;" (b) as Exhibit 1 to that motion, a copy of this Order; (c) as Exhibit 2 to that motion, a sworn affidavit certifying that the claim he wishes to present is a new claim never before raised by him in any court; and (d) as Exhibit 3 to that motion, a list of the full captions of each and every action previously filed by him or on his behalf in any court against each and every defendant to the proposed new action. Andrew Chien's compliance with this requirement will not guarantee that such motion will be granted. And it is further

ORDERED that Plaintiff Andrew Chien shall pay Defendants' attorneys' fees and costs incurred in the present action. Defendants shall submit to the Court within 30 days an invoice or similar document(s) detailing their costs, expenses, and reasonable attorneys' fees incurred as a result of Plaintiff's filing of this action.

SO ORDERED.

Dated this _____ day of _____, 2018.

_____
COLLEEN KOLLAR-KOTELLY
United States District Court

2