## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| | **)** | |
| **ANDREW CHIEN** | **)** | |
| | **)** | |
| **Plaintiff,** | **)** | |
| | **)** | |
| **v.** | **)** | **Case No. 1:18-cv-02050-CKK** |
| | **)** | |
| **RICHARD J. FREER, <u>ET</u> <u>AL.</u>** | **)** | |
| | **)** | |
| **Defendants.** | **)** | |
| | **)** | |

## <u>NOTICE OF APPEARANCE</u>

Please take notice that the attorney below, who is admitted to practice before this Court,

will serve as counsel in the above-styled case for the Defendants Richard J. Freer and China Bull

Management Inc.:

> Roxanne F. Rosado
> DC Bar No. 496053
> HIRSCHLER FLEISCHER, PC
> 8270 Greensboro Drive, Suite 700
> Tysons, Virginia 22102
> Telephone:    703.584.8900
> Facsimile:    703.584.8901
> E-mail:        rrosado@hirschlerlaw.com

Dated:  September 12, 2019                Respectfully submitted,

> */s/ Roxanne F. Rosado*
> Roxanne F. Rosado (DC Bar No. 496053)
> HIRSCHLER FLEISCHER, PC
> 8270 Greensboro Drive, Suite 700
> Tysons, Virginia 22102
> Telephone:    703.584.8900
> Facsimile:    703.584.8901
> E-mail:        rrosado@hirschlerlaw.com

> *Counsel for Defendants*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 12, 2019, I electronically filed a true and correct copy

of the foregoing using the Court's CM/ECF system, which will then send a notification of such

filing to all counsel of record.  I will also serve the foregoing by first-class mail, postage prepaid,

upon the following:

> Andrew Chien, *pro se*
> 665 Ellsworth Ave.
> New Haven, CT  06511

> */s/ Roxanne F. Rosado*
> Roxanne F. Rosado (DC Bar No. 496053)
> HIRSCHLER FLEISCHER, PC
> 8270 Greensboro Drive, Suite 700
> Tysons, Virginia 22102
> Telephone:     703.584.8900
> Facsimile:     703.584.8901
> E-mail:        rrosado@hirschlerlaw.com
>
> *Counsel for Defendants*