**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ANDREW CHIEN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RICHARD J. FREER, ET AL. )<br>)<br>Defendants. )<br>) | Case No. 1:18-cv-02050-CKK |

**ORDER OF SUBSTITUTION OF COUNSEL**

Upon the motion of Defendants Richard J. Freer and China Bull Management Inc., (the "Defendants"), by and through counsel, requesting to remove Christopher Anthony Hatfield, Esquire as counsel for the Defendants and substitute Wayne G. Travell, Esquire and Roxanne F. Rosado, Esquire as counsel for the Defendants, in this matter, it is hereby

ORDERED, that the request of the Defendants to withdraw Christopher Anthony Hatfield, Esquire as counsel for the Defendants and substitute Wayne Travell, Esquire and Roxanne F. Rosado, Esquire as counsel for the Defendants is GRANTED.

Dated: _____          _____
                                                   United States District Judge